# EXHIBIT 1

259966

From: "Jakhong" <jakhong@pacific.net.sg>
Subject: FW: MV ANGEL S
REF: 4148838 29-03-2007/16:00; Type: E-mail; Status: Received; [00:00s]

Dear Wilson

Greetings

Flwg cfmtn recvd fm Ocean Chtrg for yr kind attn.

Thks/Bst Rgds
Anthony Koh

----- Original Message -----
From: <bjkocean@otenet.gr>
To: "Jakhong" <jakhong@pacific.net.sg>
Sent: Thursday, March 29, 2007 3:52 PM

> Date:29 Mar 2007 Time:10:51 Ref:83945-JGK
>
>
> THANKS
> CONFIRMED
>
> OPERATION DEPT
>
>
>>From: "Jakhong" <jakhong@pacific.net.sg>
>>To: "Ocean Chartering" <bjkocean@otenet.gr>
>>Subject: FW: ORDER CONFIRMATION FOR M.V.ANGEL
>>CC: <No CC specified>
>>Date: Thu, 29 Mar 2007 15:44:03 +0800
>>
>>Dear Capt James/Vassilis
>>
>>Good day
>>
>>Flwg amended sales confirmation just recvd fm wilson for yr attn/accptance
>>(only amendment is on the iso specification).
>>
>>Thks/Bst Rgds
>>Anthony Koh
>>
>>----- Original Message -----
>>From: "wilson" <email@seabridge-bunkering.com>
>>To: <bjkocean@otenet.gr>; <jakhong@pacific.net.sg>; <sbbunkers@lylnet.com>
>>Sent: Thursday, March 29, 2007 3:12 PM
>>Subject: ORDER CONFIRMATION FOR M.V.ANGEL
>>
>>
>>
>> REF: 073533-s13 29-03-2007/15:11:36
>>
>> ANTHONY/WILSON
>>
>> GOOD DAY,
>>

REF: 4148838 29-03-2007/16:00 - Page 1

```
>> RE: ORDER CONFIRMATION FOR M.V.ANGEL S---ETA SPORE OPL O/A 1ST APR
>> 2007//ADMENDED//
>>
>> RE OUR TELCON WE ARE PLEASED TO CONFIRM AS FOLLOWING:
>
>> AAA) BUYER       : JAK HONG INTERNATIONAL PTE LTD
>>             N/OR OWNRS N/OR OPERATOR OF MV ANGEL S
>> BBB) SELLER      :SEABRIDGE BUNKERING PTE LTD, SINGAPORE
>> CCC) VESSEL      : M.V. ANGEL S
>> DDD) PORT        : EOPL, SPORE
>> EEE) DELIVERY DATE : 1ST APR 2007
>> EEE) PRODUCT(S):  1) IFO180CST              2) MGO
>> FFF) QUANTITY   :    1) 400 MT              2) 60MT
>> GGG) PRICE      :    1) USD359/MT           2) USD591/MT
>> HHH) SEPCIFICATION: ISO 1996E RME 25/DMA
>> III) PAYMENT    : 30 DAYS FROM DELIVERY DATE AGAINST EMAIL AND/OR FAX
>> INVOICE
>>                 2% MONTHLY INTEREST CHARGES TO APPLY IN CASE OF LATE
>> PAYMENT
>> JJJ)BARGING: USD1,500.00 LUMPSUMP
>> KKK) SPECIAL CLAUSE:
>> -      SUPPLIER COMPLY TO MARPOL VI
>> -      NO DNV SURVEYOR ACCEPTED
>> -      IN CASE OF DELIVERY IN SINGAPORE, LOCAL SINGAPORE
>> STANDARD
>> "CP 60:2004" IS TO APPLY
>> -    US LAW TO APPLY AND ARBITRATION IN NEW YORK
>> -    RETENTION OF TITLE CLAUSE TO APPLY
>> -    SELLER'S GENERAL TERMS AND CONDITIONS FOR MARINE FUELS SALES OF
>> SEPT/2006
>>       TOGETHER WITH SUPPLIER'S SALES TERMS AND CONDITIONS ARE TO APPLY, A
>> COPY OF
>>       WHICH IS TO BE PROVIDED UPON REQUEST
>>
>> BUNKER POSITION: EASTERN OPL LOCATION AT 01 18N/104 08E
>>                              VHF CHL 72 FOR CONTACT
>>
>> TRUST ABOVE IN ORDER OWISE PLS ADV BY RETURN.
>>
>> B.RGDS/WILSON - trader
>> BUNKER TRADE DEPT.
>> ---------------------------------------------------------
>> MOBILE            : 0065 92996387
>> YAHOO/SKYPE/MSN ID: wilson_bggroup
>> ---------------------------------------------------------
>> SEABRIDGE BUNKERING PTE LTD
>> 3 CHURCH STREET #16-06 SAMSUNG HUB SINGAPORE 049483
>> COMPANY REG. NO.: 200411436H
>> TEL  : (65) 6536 4198 (MAIN LINE)
>> FAX  : (65) 6536 4482
>> EMAIL: EMAIL@SEABRIDGE-BUNKERING.COM
>> ---------------------------------------------------------
>>
```