Case 1:07-cv-06603-DLC    Document 1-4    Filed 07/23/2007    Page 1 of 3

**EXHIBIT 2**

259966

Case 1:07-cv-06603-DLC    Document 1-4    Filed 07/23/2007    Page 1 of 3

From: bjkocean@otenet.gr
Subject: RE: ORDER CONFIRMATION FOR M.V.
REF: 4169430 27-04-2007/15:26; Type: E-mail; Status: Received; [00:00s]

---

# OCEAN  CHARTERING  SA
Tel: (+30) 210 4115212/4112712, Fax:(+30)210 4113660.
E-Mail: info@oceanchartering.net or bjkocean@otenet.gr
Website: www.oceanchartering.net

---

Date:27/04/07 Time:10:26:25 Ref:091440-JGK

Good day

Ref : Bunkering of MV Angel 5 in Fujaira

Many thanks fr yr confirmation/stem - received.
Also received pre-arrival instructions and forwarded to the Master.
FYG the vssl expected to sail 29th April PM and wll arrive (ETA)
Fujaira 30th April AM.

In the invoice please dont forget to insert also

Master of MV Angel 5   and/or
Universal Shipping and Trading Company Limited and/or
Ocean Chartering S.A

Thanks for yr cooperation
With Best regards
Capt James


[Message sent via SOFTWAY Communicator]

---Original Message---From: wilson<email@seabridge-bunkering.com>
To: bjkocean@otenet.gr, jakhong@pacific.net.sg, sbbunkers@lylnet.com
Subject: ORDER CONFIRMATION FOR M.V. ANGE
Date: Fri, 27 Apr 2007 11:57:13 +0800


REF: 074512-s13 27-04-2007/11:55:57

CAPT JAMES/WILSON
CC: JAK HONG

GOOD DAY,

RE: ORDER CONFIRMATION FOR M.V. ANGEL S---ETA OFF FUJAIRAH, U.A.E ON 30TH APR

1ST MAY 2007;
DATED 27TH APR 2007

RE OUR TELCON WE ARE PLEASED TO CONFIRM AS FOLLOWING:

AAA) BUYER                         : JAK HONG INTERNATIONAL PTE LTD
                                     NOR OWNRS N/OR OPERATOR FOR

REF: 4169430 27-04-2007/15:26  -  Page 1

```
BBB) SELLER              : SEABRIDGE BUNKERING PTE LTD, SINGAPORE
CCC) VESSEL              : MV ANGEL S
DDD) PORT                : OFF FUJAIRAH, U.A.E
EEE) DELIVERY DATES      : 30TH APR - 1ST MAY 2007
EEE) PRODUCT(S)          : 1) MGO        2) 180CST
FFF) QUANTITY            : 1) 50MT       2) 500MT
GGG) PRICE               : 1) USD625/MT  2) USD375/MT
HHH) SEPCIFICATION       : ISO8217 2005 RME180/DMA
III) PAYMENT             : 30 DAYS FROM DELIVERY DATE AGAINST EMAIL
                           AND/OR FAX INVOICE
                           2% MONTHLY INTEREST CHARGES TO APPLY
                           IN CASE OF LATE PAYMENT
```

JJJ) SPECIAL CLAUSE :
- SUPPLIER COMPLY TO MARPOL VI
- US LAW TO APPLY AND ARBITRATION IN NEW YORK
- RETENTION OF TITLE CLAUSE TO APPLY
- IN CASE OF DELIVERY IN SINGAPORE, LOCAL SINGAPORE STANDARD "CP 60:2004" IS TO APPLY
- SELLER'S GENERAL TERMS AND CONDITIONS FOR MARINE FUELS SALES OF SEPT/2006 TOGETHER WITH SUPPLIER'S SALES TERMS AND CONDITIONS ARE TO APPLY, A COPY OF WHICH IS TO BE PROVIDED UPON REQUEST

TRUST ABOVE IN ORDER OWISE PLS ADV BY RETURN.

B.RGDS/WILSON - trader
BUNKER TRADE DEPT.
----------------------------------------
MOBILE             : 0065 92996387
YAHOO/SKYPE/MSN ID : wilson_bggroup
----------------------------------------
SEABRIDGE BUNKERING PTE LTD
3 CHURCH STREET #16-06 SAMSUNG HUB SINGAPORE 049483
COMPANY REG. NO.: 200411436H
TEL : (65) 6536 4198 (MAIN LINE)
FAX : (65) 6536 4482
EMAIL: EMAIL@SEABRIDGE-BUNKERING.COM

REF: 4169430 27-04-2007/15:26  -  Page 2 {end of message}