# EXHIBIT 3

259966

# excim

## BUNKER DELIVERY RECEIPT

No. 11440

| | | | |
|---|---|---|---|
| Delivery Date | : 01.04.07 | Delivering Tanker | : WEITEK |
| Delivered At | : TG. PENGELIH | Alongside | : 01.04.07  1830 hrs (Date/Time) |
| Receiving Vessel | : ANGEL S | Started Pumping | : 01.04.07  2000 hrs (Date/Time) |
| IMO Number | : 7718711 | Completed Pumping | : 01.04.07  2045 hrs (Date/Time) |
| Next Port | : IRAN | | |

| Product Delivered | Litres | Metric Ton |
|---|---|---|
| Marine Gas Oil | 69947 | 60.000 |
| Marine Diesel Oil | NA | NA |
| Marine Fuel Oil       cst. | NA | NA |
| Marine Fuel Oil       cst. | NA | NA |

| Approximate Fuel Characteristics | Marine Fuel Oil | Gas/Diesel Oil |
|---|---|---|
| Density @ 15°C | NA | 0.8680 |
| Viscosity, cst @ 40°C / 50°C | NA | 4.0 cst |
| Flash Point | NA | 80 |
| Water Content, % Vol | NA | NIL |
| Temperature of Oil °C | NA | 28 |
| Sulphur Content, % m/m | NA | 1.0 |

I HEREBY CONFIRM THAT THE READINGS OF THE TANK MEASUREMENTS / FLOWMETER OF THE DELIVERING BARGE WERE DULY WITNESSED AND TAKEN CORRECTLY. THE ABOVE PRODUCT WAS RECEIVED IN GOOD CONDITION, FREE OF WATER, CONTAMINATION AND IN THE QUANTITY STATED.

I CERTIFY THAT THE FULL QUANTITIES OF THE DUTIABLE PETROLEUM PRODUCTS DECLARED HAD BEEN RECEIVED BY ME AND FILLED INTO THE ENGINE TANKS OF MY VESSEL. I AM FULLY AWARE THAT THE QUANTITIES OF DUTIABLE PETROLEUM PRODUCTS ARE SUPPLIED TO MY VESSEL AS SEA STORES, WITHOUT PAYMENT OF DUTY, ON THE CONDITION THAT THE SAID PRODUCTS SHALL BE UTILISED SOLELY BY MY VESSEL. I UNDERSTAND THAT A BREACH OF THIS CONDITION IS AN OFFENCE AND I HEREBY UNDERTAKE NOT TO BREACH THIS CONDITION.

Representative Sample Seal Nos.

Vsl: 06006    Barge: 06007  06008

Delivered the above oil in the quantity as stated.

Vessel's Stamp

JASON ONG
EXCIM OIL SDN. BHD.
Representative

ANGEL S
Name of Vessel

01.04.07  2100 hrs   SAMBUROV
Date and Time        Full Name in Block Letters
                     Signature of Chief Engineer

No disclaimer stamp of any type or form will be accepted on this receipt, nor, should any such stamp be applied, will alter, change, or waive seller's/supplier's lien against the vessel or waive the vessel's ultimate responsibility and/or liability for the debt incurred through this transaction. Excim Oil Sdn. Bhd. Standard Terms and Conditions to apply.

EXCIM OIL SDN. BHD. (073869-P)
Suite No 22.03 & 22.04, 22nd Floor, Plaza 138, Hotel Grand Mayra Annexe, Jalan Ampang, 50450 Kuala Lumpur, Malaysia
Tel: 603-2163 6688   Fax: 603-2171 1179
E-mail: bunkers@excimoil.com.my   Website: www.excimoil.com.my



# BUNKER DELIVERY RECEIPT
### BDR No. 11520

Delivery Date : 01.04.07  
Delivered At : NIPGU O.P.L.  
Receiving Vessel : ANGEL 8  
IMO Number : 7716711  
Next Port : IRAN  

Delivering Tanker : EXCIM SATU  
Alongside : 01.04.07 @ 1300 HRS (Date/Time)  
Started Pumping : 01.04.07 @ 1400 HRS (Date/Time)  
Completed Pumping : 01.04.07 @ 1800 HRS (Date/Time)  

| Product Delivered | Litres | Metric Ton |
|---|---|---|
| Marine Gas Oil | N.A. | N.A. |
| Marine Diesel Oil | N.A. | N.A. |
| Marine Fuel Oil  N.A.  cst. | N.A. | N.A. |
| Marine Fuel Oil  180  cst. | 399555 | 390.000 |

| Approximate Fuel Characteristics | Marine Fuel Oil | Gas / Diesel Oil |
|---|---|---|
| Density @ 15°C | 0.9885 | N.A. |
| Viscosity, cst @ 40°C | 180 CST | N.A. |
| Flash Point | 85.0 | N.A. |
| Water Content, % Vol | TRACE | N.A. |
| Temperature of Oil °C | 52.0 | N.A. |
| Sulphur Content, % m/m | 3.0 | N.A. |

I HEREBY CONFIRM THAT THE READINGS OF THE TANK MEASUREMENTS / FLOWMETER OF THE DELIVERING BARGE WERE DULY WITNESSED AND TAKEN CORRECTLY. THE ABOVE PRODUCT WAS RECEIVED IN GOOD CONDITION, FREE OF WATER, CONTAMINATION AND IN THE QUANTITY STATED.

I CERTIFY THAT THE FULL QUANTITIES OF THE DUTIABLE PETROLEUM PRODUCTS DECLARED HAD BEEN RECEIVED BY ME AND FILLED INTO THE ENGINE TANKS OF MY VESSEL. I AM FULLY AWARE THAT THE QUANTITIES OF DUTIABLE PETROLEUM PRODUCTS ARE SUPPLIED TO MY VESSEL AS SEA STORES, WITHOUT PAYMENT OF DUTY, ON THE CONDITION THAT THE SAID PRODUCTS SHALL BE UTILISED SOLELY BY MY VESSEL. I UNDERSTAND THAT A BREACH OF THIS CONDITION IS AN OFFENCE AND I HEREBY UNDERTAKE NOT TO BREACH THIS CONDITION.

Representative Sample Seal Nos.

VSL – 005601 , BARGE – 005602 , 005603.

Delivered the above oil in the quantity as stated.

Vessel's Stamp

EXCIM OIL SDN. BHD.  
Representative

ANGEL 8  
Name of Vessel

01.04.07 @ 1925 HRS   GAMBURO  
Date and Time            Full Name in Block Letters

Signature of Chief Engineer

No disclaimer stamp of any type or form will be accepted on this receipt, nor, should any such stamp be applied, will alter, change, or waive seller's/supplier's lien against the vessel or waive the vessel's ultimate responsibility and/or liability for the debt incurred through this transaction. Excim Oil Sdn. Bhd. Standard Terms and Conditions to apply.

EXCIM OIL SDN. BHD. (173494-P)  
Suite No 22.03 & 22.04, 22nd Floor, Plaza 138, Hotel Grand Maya Annexe, Jalan Ampang, 50450 Kuala Lumpur, Malaysia  
Tel: 603-2163 5596   Fax: 603-2171 1179  
E-mail: bunkers@excimoil.com.my   Website: www.excimoil.com.my