# EXHIBIT 4

259966

№ : B - 1088

## AEGEAN MARINE PETROLEUM LLC
### FOR ACCOUNT: AEGEAN MARINE PETROLEUM SA

IBIA

INCE INGAN  U.A.E.
ADDRESS: FUJAIRAH NATIONAL
GROUP BUILDING
ROOM NR - FUJAIRAH U.A.E.
Tel : +971 9 2281300
Fax : +971 9 2281300
Mobile: +971 XX-XXXXXXX
E-mail : aegean@emirates.net.ae

DATE OF ISSUE : 1-5-07
VESSEL : ANGEL S
IMO : 7718711
PORT : Fujairah
DELIVERY DATE : 1-5-07
CUSTOMER :

| | | | | 50,00 MT | 0.8484 TEMPERATURE 29° |
|---|---|---|---|---|---|
| Fuel | | | | | |

Quantity certified in full

**PUMPING HRS**

STARTED 06:45 HR
FINISHED 07:30 HR

| BARGE | CHIEF |
|---|---|
| AEGEAN VII | |

A. YOU ARE KINDLY REQUESTED TO WITNESS THE OPENING AND CLOSING METER READING AND GAUGE SOUNDINGS BEFORE COMMENCING AND AFTER COMPLETION OF BUNKERING OPERATIONS. THESE READINGS WILL BE USED AS FINAL MEANS OF MEASUREMENT AND WILL BE THE OFFICIAL BASIS IN DETERMINING THE QUANTITY DELIVERED TO VESSEL. OWNERS AND/OR OPERATORS AND/OR CHARTERERS OF THE VESSEL TO BE JOINTLY AND SEVERALLY LIABLE FOR THE PAYMENT OF ALL AND ANY BUNKERS SUPPLIED HEREUNDER AND UNTIL THE AMOUNT DUE UNDER THE INVOICE FOR THEM HAS BEEN PAID IN FULL THE PROPERTY OF SUCH BUNKERS REMAIN WITH THE SUPPLIER. ALL DISPUTES THAT MIGHT ARISE FROM THIS BUNKERING OPERATION WILL BE SETTLED BY THE GREEK COURTS, THE SAMPLE IS VALID FOR SIX FIFTEEN DAYS ONLY.
B. DECLARATION: THE FUEL OIL COMPLIES WITH REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 73/78.



| | SAMPLES |
|---|---|
| VESSELS SEAL | 1 VESSEL |
| CAPTAIN | 2 BARGE |
| AND / OR | |
| CHIEF ENGINEER | 3 MARPOL |

M.V. ANGEL S
GEENT
PANAMA

14 May 2007 14:05

№: B - 1089



# AEGEAN MARINE PETROLEUM LLC
## FOR ACCOUNT AEGEAN MARINE PETROLEUM SA

SHOR FAKKAN   U.A.E.
ADDRESS: FUJAIRAH NATIONAL
GROUP BUILDING
ROOM 105 - FUJAIRAH U.A.E.
Tel.: +971 9 2231040
Fax.: +971 9 2260300
Mobile: +971 50 6460463
E-mail: aegeange@emirates.net.ae

DATE OF DEL : 1.5.07
VESSEL : ANGEL S
IMO : 7718711
PORT : FUJAIRAH
DELIVERY DATE : 1.5.07
CUSTOMER :

| | | | | 600,00 M/T | 0.9702 OBSERVED TEMPERATURE °C |
|---|---|---|---|---|---|
| 3,2 | | | | | 30° |

Quantity (written in full) Six hundred M/T only

**PUMPING HRS**

STARTED 08.00 HR
FINISHED 12.05 HR

WHERE

RE-PIPE

Ahmad Siv

1. YOU ARE KINDLY REQUESTED TO WITNESS THE OPENING AND CLOSING METER READING AND BARGE SOUNDINGS BEFORE COMMENCING AND AFTER COMPLETION OF BUNKERING OPERATIONS. THESE READINGS WILL BE USED AS FINAL MEANS OF MEASUREMENT AND WILL BE THE OFFICIAL BASIS IN DETERMINING THE QUANTITY PROVIDED TO VESSEL OWNERS AND/OR OPERATORS AND/OR CHARTERERS OF THE VESSEL, TO BE JOINTLY AND SEVERALLY LIABLE FOR THE PAYMENT OF ALL AND ANY MONIES SUPPLIED HEREUNDER AND UNTIL THE AMOUNT DUE UNDER THE INVOICE FOR THEM HAS BEEN PAID IN FULL THE PROPERTY OF SUCH BUNKERS REMAIN WITH THE SUPPLIERS. ALL DISPUTES THAT MIGHT ARISE FROM THIS BUNKERING OPERATION WILL BE SETTLED BY THE GREEK COURTS. THE SAMPLE IS VALID FOR (15) FIFTEEN DAYS ONLY.

2. DECLARATION: THE FUEL OIL COMPLIES WITH REGULATIONS 14 AND 18 OF ANNEX VI OF MARPOL 1999.



VESSEL'S SEAL

CAPTAIN

AND / OR

CHIEF ENGINEER

M.J. ANGEL S
PANAMA

| TEMPES | |
|---|---|
| 1) VESSEL | 32° |
| 2) BARGE | 32.5° |
| 3) | 32° |
| 4) MANIFOLD | 32° |

**BUNKER DELIVERY RECEIPT**