# EXHIBIT 5



# SEABRIDGE BUNKERING PTE LTD
3 CHURCH STREET #16-06 SAMSUNG HUB, SINGAPORE 049483
TEL.: (65) 6536 4198 FAX: (65) 6536 4482 E-MAIL: email@seabridge-bunkering.com
CO. REG.: 200411436H

**INVOICE**

GST Reg No: 200411436H

REF NO.: SB07-0296
DATE: 01ST APR 2007

TO MESSRS: JAK HONG INTERNATIONAL PTE LTD
C/O UNIVERSAL SHIPPING AND TRADING LTD
C/O OCEAN CHARTERING SA
Master and/or Owner and/or The Charterer of MV ANGEL S

| | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| | RE: MV ANGEL S - BUNKERING AT EOPL SPORE ON 01ST APR 2007 | | | |
| | BEING BUNKERING CHARGES INCURRED FOR SUPPLY BUNKERS TO SUBJECT VESSEL WITH BREAKDOWN AS FOLLOWING. | | | |
| A) | MFO 180CST | 390.000 MT @ USD359.00/MT | USD | 140,010.00 |
| B) | MGO | 60.000 MT @ USD591.00/MT | USD | 35,460.00 |
| C) | BARGING | LUMPSUM | USD | 1,500.00 |
| | PAYMENT DUE ON 30TH APR 2007 NOTE: PAYMENT SHOULD BE MADE BY T/T IN FULL AS SHOWN IN THIS INVOICE AND WITHOUT DEDUCTION OF CHARGES. | | | |
| | | | SUB TOTAL: | $176,970.00 |
| | | | GST: | $0.00 |
| | | | GRAND TOTAL: US$ | 176,970.00 |

SAY: UNITED STATES DOLLARS ONE HUNDRED SEVENTY-SIX THOUSAND NINE HUNDRED AND SEVENTY ONLY.

E.& O.E.

PLEASE T/T REMIT ABOVE TO:-
CITIBANK N.A, SINGAPORE BRANCH
SWIFT CODE: CITISGSG
ADDRESS: 3 TEMASEK AVENUE, #11-00
CENTENNIAL TOWER
SINGAPORE 039190
USD A/C NO: 0-822487-009
FAVOURING: SEABRIDGE BUNKERING PTE LTD

For and on behalf of
SEABRIDGE BUNKERING PTE LTD

Authorised Signature(s)