EXHIBIT 6



# SEABRIDGE BUNKERING PTE LTD

3 CHURCH STREET #16-06 SAMSUNG HUB, SINGAPORE 049483
TEL.:(65) 6536 4198 FAX.:(65) 6536 4482 E-MAIL:email@seabridge-bunkering.com
CO./ GST REG.: 200411436H

## TAX INVOICE

REF NO.: SB07-0435
DATE: 01ST MAY 2007

TO MESSRS: JAK HONG INTERNATIONAL PTE LTD C/O UNIVERSAL SHIPPING AND TRADING CO. LTD. AND/OR OCEAN CHARTERING S.A
Master and/or Owner and/or The Charterer of MV ANGEL S

| | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | RE:MV ANGEL S - BUNKERING AT FUJAIRAH, U.A.E ON 01ST MAY 2007 | | |
| | BEING BUNKERING CHARGES INCURRED FOR SUPPLY BUNKERS TO SUBJECT VESSEL WITH BREAKDOWN AS FOLLOWING, | | |
| A) | MFO 180CST    600.000MT @ US375.00/MT | USD | 225,000.00 |
| B) | MGO           50.000MT @ US625.00/MT | USD | 31,250.00 |
| | PAYMENT DUE ON 30TH MAY 2007 | | |
| | NOTE: PAYMENT SHOULD BE MADE BY T/T IN FULL AS SHOWN IN THIS INVOICE AND WITHOUT DEDUCTION OF CHARGES. | | |
| | SUB TOTAL: | | $256,250.00 |
| | GST: | | $0.00 |
| | GRAND TOTAL: | US$ | 256,250.00 |

SAY: UNITED STATES DOLLARS TWO HUNDRED FIFTY-SIX THOUSAND TWO HUNDRED AND FIFTY ONLY.

E.& O.E.

PLEASE T/T REMIT ABOVE TO:-
CITIBANK N.A, SINGAPORE BRANCH
SWIFT CODE : CITISGSG
ADDRESS : 3 TEMASEK AVENUE, #11-00
CENTENNIAL TOWER
SINGAPORE 039190
USD A/C NO : 0-822497-009
FAVOURING : SEABRIDGE BUNKERING PTE LTD

For and on behalf of
SEABRIDGE BUNKERING PTE LTD

Authorised Signature(s)