EXHIBIT 7

From: bjkocean@otenet.gr
Subject: 2 OVERDUE INVOICES FR BUNKERING
REF: 4199020 19-06-2007/16:07; Type: E-mail; Status: Received; [00:00s]

## OCEAN CHARTERING SA
Tel: (+30) 210 4115212/4112712, Fax: (+30)210 4113660.
E-Mail: info@oceanchartering.net or bjkocean@otenet.gr
Website: www.oceanchartering.net

Date:19/06/07 Time:11:05:01 Ref:092818-JGK

To : Seabridge Bunkering Pte Ltd
To : Jak Hong International Pte Ltd

Re : 2 outstanding invoices for bunkers supplied
     on MV Angel S

Follow received frm the d/Owners which are self explanantory

Best regards
Cpt James

QUOTE

19/06/2007

From : Universal Shipping and Trading Co.LTD
To   : Ocean Chartering S.A

Reference : Overdue Invoices of m/s Seabridge Bunkering Pte Ltd
            Bunkers supplied to M/V Angel S

Firstly wish to thank you and the suppliers for the credit period
granted to our company and and their assistance and support for the
unforeseen-un predicted delay for payment intime caused by problems
beyond our control on which we are dealing with inorder payment to
be executed the soonest possible.

We are confident that Latest by Friday 22nd of June 12:00 London time
our company will be in position to release all the necessary funds and
both invoices be paid.

Once more we express our gratitude to Seabridge Bunkering Pte Ltd
and all parties (companies) involved for their last grace period
require to enabling us meet our commitment.

Sincerely
Universal Shipping and Trading Co.Ltd

UNQUOTE

COMMENTS
---------

For last time we as Ocean Chartering SA and personally the undersigned
kindly request to grant this LAST grace period to the Owners for payment

REF: 4199020 19-06-2007/16:07  -  Page 1

and incase repeat incase they will not be able to provide evidences on payments during the last required grace period we shall spare no efforts to find a common agreed payment schedule and method of settlement of this overdue amount.

With best personal regards
James
Ocean Chartering sa


[Message sent via SOFTWAY Communicator]