UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEABRIDGE BUNKERING PTE LTD.,

                 Plaintiff,                 07 Civ. _____

- against -                 ECF CASE

UNIVERSAL SHIPPING AND TRADING LTD. and
OCEAN CHARTERING SA,

                 Defendants.
------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                 NONE.

Dated: July 23, 2007
New York, NY

                 The Plaintiff,
                 SEABRIDGE BUNKERING PTE LTD.

                 By: _____
                 Kevin J. Lennon (KL 5072)
                 Nancy R. Peterson (NP 2871)
                 Patrick F. Lennon (PL 2162)
                 LENNON, MURPHY & LENNON, LLC
                 The Gray Bar Building
                 420 Lexington Ave., Suite 300
                 New York, NY 10170
                 (212) 490-6050
                 facsimile (212) 490-6070
                 kjl@lenmur.com
                 nrp@lenmur.com
                 pfl@lenmur.com