CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SEABRIDGE BUNKERING PTE LTD.,                :
                                             :
                                             :
                       Plaintiff,            :      **07-CV-6603 (DLC) (FM)**
                                             :
             v.                              :
                                             :      **NOTICE OF**
UNIVERSAL SHIPPING AND TRADING LTD.   :      **APPEARANCE**
and OCEAN CHARTERING SA,                      :
                                             :
                       Defendants.           :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 15, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch


                          By:     _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ  07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email:  reisert@navlaw.com