```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SEABRIDGE BUNKERING PTE LTD.,           :
                     Plaintiff,         :
                                        :
          -v-                           :    07 Civ. 6603 (DLC)
                                        :
UNIVERSAL SHIPPING AND TRADING LTD. and :    ORDER
OCEAN CHARTERING SA,                    :
                     Defendants.        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

An Order of Maritime Attachment having been issued in this case on July 23, 2007, and no property having been attached in the interim, it is hereby

ORDERED that the July 23, 2007 Order of Maritime Attachment is vacated.

SO ORDERED:

Dated:   New York, New York
         July 28, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge