UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEABRIDGE BUNKERING PTE LTD.,               :
                                            :
                    Plaintiff,              :      07-cv-06603-DLC
                                            :
      - against -                           :      ECF CASE
                                            :
UNIVERSAL SHIPPING AND TRADING LTD. and     :
OCEAN CHARTERING SA,                        :
                                            :
                    Defendants.             :
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: August 1, 2008
       Southport, CT

                              The Plaintiff,
                              SEABRIDGE BUNKERING PTE LTD.,


                              By: _____
                              Nancy R. Siegel (NP 2871)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              Phone (212) 490-6050
                              Fax (212) 490-6070
                              nrs@lenmur.com